**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **OTIS PIERRE (#454378)** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 11-055** |
| **STEVE RADAR, WARDEN** | * | **SECTION: "J"(6)** |

## O R D E R

The Court, having considered the motion to dismiss, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, IT IS ORDERED that the State's motion to dismiss (Rec. Doc. 15) is hereby DENIED.

IT IS FURTHER ORDERED that the Respondent file a supplemental response addressing the merits raised in Otis Pierre's federal habeas petition by no later than September 5th, 2011.

---

[1] In passing, the Court notes that although not directly addressing the matter, the Magistrate Judge's Report and Recommendation correctly computes the applicable time periods relevant to the habeas filing, unlike the computation suggested by the State in its motion to dismiss.

IT IS FURTHER ORDERED that this matter be RECOMMITTED to the allotted Magistrate Judge for disposition.

New Orleans, Louisiana, this 30th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE